ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN B. FINN
Assistant United States Attorney
California State Bar No. 128072
E-mail: kevin.finn@usdoj.gov
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-6739
     Facsimile: (213) 894-7327

Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>    Plaintiffs,<br><br>vs.<br><br>INDUSTRIAL PROFESSIONAL AND TECHNICAL WORKERS UNION,<br><br>    Defendant. | CASE NO. CV 10-6219 PSG (AJWx)<br><br>**STIPULATION FOR COMPROMISE SETTLEMENT**<br><br><br>**The Honorable Paul S. Gutierrez** |

1

It is hereby stipulated and agreed by the parties through their respective counsel as follows:

1. This action was brought by the Plaintiff, Secretary of Labor, pursuant to Title IV of the Labor-Management Reporting and Disclosure Act [29 U.S.C. §401, *et seq.*], hereinafter referred to as the Act, seeking a judgment directing the Defendant, Industrial Professional and Technical Workers Union (IPTWU), to conduct an election for all officer positions under Plaintiff's supervision.

2. Defendant's failure to conduct an election of union officers is a continuing violation of section 401(b) of the Act, 29 U.S.C. § 481(b), which requires local unions to conduct an election of officers not less often than once every three years.

3. The parties, in settlement of this action without the necessity of a trial, hereby stipulate and agree that by September 30, 2011, Defendant shall conduct nominations and an election of all officer positions (President, Vice-President and Secretary-Treasurer) by secret ballot among the members in good standing, under the supervision of the Secretary of Labor.

4. The parties agree to schedule and hold a pre-election conference on a mutually agreeable date during the workweek beginning May 23, 2011 and ending May 27, 2011.

5. At least one week before the pre-election conference, Defendant will provide Plaintiff a printed pink mailing label for each of its members, regardless of the member's good standing and eligibility to vote. On June 6, 2011, Defendant will provide Plaintiff with pink mailing labels containing the names and addresses of all new members who joined IPTWU after the initial mailing labels were prepared. Plaintiff will use these labels to mail the combined notice of nominations and elections.

6. On June 6, 2011, Defendant will provide Plaintiff with a lime green mailing label for each of its members eligible to vote. Plaintiff will use only the lime green labels for mailing the ballot packages, except that Plaintiff may create labels as needed to resend ballot packages returned undelivered and to mail replacement ballots to members eligible to vote who request them.

7. Defendant is responsible for the postage for the nomination and election notices, ballots, and postage-paid return envelopes contained in the ballot packages. At the pre-election conference, Defendant will provide Plaintiff with two 44-cent First Class stamps and one 64-cent First Class stamp for each member of IPTWU. Defendant will also provide Plaintiff with an additional one hundred fifty (150) 44-cent First Class stamps and one hundred (100) 64-cent First Class stamps. Within the two weeks following the certification of the election, Plaintiff will return any unused stamps to Defendant.

8. Plaintiff will print and prepare the combined nomination and election notices and the ballots. Plaintiff will mail the combined nomination and election notices during the week beginning Monday, June 13, 2011. The nominations deadline will be set for a day during the week beginning Monday, July 4, 2011. Plaintiff will schedule and conduct a meeting for the candidates within the two weeks following the nomination deadline. The mailing of the ballots will be scheduled on a date between August 1, 2011 and August 12, 2011. By August 26, 2011, Defendant will provide Plaintiff with a printed list of all members eligible to vote in the election for use during the ballot tally. The ballot tally will be conducted on a date between August 31, 2011 and September 9, 2011; any candidate may personally attend the counting of the ballots.

9. The supervised election shall be conducted in accordance with Title IV of the Act and, insofar as lawful and practicable, in accordance with the IPTWU Constitution.

10. All decisions as to the interpretation or application of Title IV of the Act and the IPTWU Constitution or other disputes relating to the supervised election (such as candidate eligibility, voter eligibility, and ballot counts) are to be determined by the Secretary of Labor, subject to challenge in this Court.

11. The Court shall retain jurisdiction of this action until the supervised election is completed and certified. Plaintiff shall certify to the Court the names of the individuals elected and that the election was conducted in accordance with Title IV of the Act, and insofar as lawful and practicable, in accordance with

1  the provisions of the IPTWU Constitution. Upon approval of the certification, the Court shall enter a
2  Judgment declaring the names of the individuals elected.

3
4  Dated: May 13, 2011                    ANDRÉ BIROTTE JR.
                                          United States Attorney
5                                         LEON W. WEIDMAN
                                          Assistant United States Attorney
6                                         Chief, Civil Division
7
8                                         _____
                                          Kevin B. Finn, Esq.
9                                         Assistant United States Attorney
10
                                          Attorneys for Plaintiff
11
12 Dated: May 3, 2011                     POSNER & ROSEN LLP
13
14                                        _____
                                          HOWARD Z. ROSEN
15
                                          Attorneys for Defendant
16
17
18    OF COUNSEL FOR PLAINTIFF:
19
      M. PATRICIA SMITH
20    Solicitor of Labor
      BEVERLY DANKOWITZ
21    Acting Associate Solicitor
22    SHARON HANLEY
      Counsel for Labor-Management Programs
23    DANIEL J. CHASEK
24    Associate Regional Solicitor
      SHANNON FINK
25    Attorney
26
27
28