ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN B. FINN
Assistant United States Attorney
California State Bar No. 128072
E-mail: kevin.finn@usdoj.gov
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6739
    Facsimile: (213) 894-7327

Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>    Plaintiffs,<br><br>vs.<br><br>INDUSTRIAL PROFESSIONAL AND TECHNICAL WORKERS UNION,<br><br>    Defendant. | CASE NO. CV 10-6219 PSG (AJWx)<br><br>**(Proposed)**<br>**ORDER APPROVING STIPULATION**<br>**FOR COMPROMISE SETTLEMENT**<br><br><br>**The Honorable Paul S. Gutierrez** |

1

The Court has considered the Stipulation for Compromise Settlement the parties filed.

THE COURT HEREBY ORDERS that the Stipulation for Compromise Settlement is approved, and further orders the parties to comply with the terms and deadlines for the election process contained in the Stipulation for Compromise Settlement.  The Court shall retain jurisdiction of this action until the supervised election is completed and certified.  Plaintiff shall certify to the Court the names of the individuals elected and that the election was conducted in accordance with Title IV of the Act, and insofar as lawful and practicable, in accordance with the provisions of the IPTWU Constitution.  Upon approval of the certification, the Court shall enter a Judgment declaring the names of the individuals elected, and dismissing this action.  Each party shall bear its own costs and fees, including attorney fees.

**Dated:  May _____, 2011**

_____
PAUL S. GUTIERREZ
United States District Judge