ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN B. FINN
Assistant United States Attorney
California State Bar No. 128072
E-mail: kevin.finn@usdoj.gov
      Federal Building, Suite 7516
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-6739
      Facsimile: (213) 894-7327

Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | CASE NO. CV 10-6219 PSG (AJWx) |
| | **CERTIFICATION OF ELECTION** |
| Plaintiffs, | |
| vs. | **The Honorable Philip S. Gutierrez** |
| INDUSTRIAL PROFESSIONAL AND TECHNICAL WORKERS UNION, | |
| Defendant. | |

1

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation for Compromise Settlement and an Order Approving Stipulation for Compromise Settlement filed May 16, 2011, in the United States District Court for the Central District of California, Western Division, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 481 et seq.) and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, and no complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the office designated:

| | |
|---|---|
| Donna M. Walsh | President |
| Thomas C. Walsh, Jr. | Vice President |
| Nicole R. "Nikki" Walsh | Secretary-Treasurer |

Signed this 14th day of October, 2011.

*Patricia Fox*
Patricia Fox
Chief, Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor