ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN B. FINN
Assistant United States Attorney
California Bar Number 128072
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6739
    Facsimile: (213) 894-7327
    E-mail: Kevin.Finn@usdoj.gov

Attorneys for Plaintiff
Hilda L. Solis, Secretary of Labor

E-FILED 10/20/11

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>    Plaintiff,<br><br>    v.<br><br>INDUSTRIAL PROFESSIONAL AND TECHNICAL WORKERS UNION,<br><br>    Defendants. | No. CV 10-6219 PSG (AJWx)<br>AMENDED (~~Proposed~~) JUDGMENT<br><br>Honorable Philip S. Gutierrez |

    The Court has considered the Certificate of Election plaintiff filed in this matter, along with the previously filed Stipulation for Compromise Settlement,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the persons named in the Certification of Election have been duly elected as officers of defendant labor, Industrial Professional Technical

Workers Union, for a full constitutional term of office.

　　　The Court hereby enters Judgment in this matter, with each side to bear its own attorney's fees and costs.

DATED: October __19__, 2011

　　　　　　　　　　　　__PHILIP S. GUTIERREZ__
　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE